**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-725**

---

In Re: COLUMBUS FERGUSON,

Petitioner.

---

On Petition for Writ of Mandamus. (CR-92-268-P)

---

Submitted:  January 15, 1998          Decided:  January 28, 1998

---

Before MURNAGHAN and LUTTIG, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Columbus Ferguson, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Columbus Ferguson, a federal inmate, filed a petition for a writ of mandamus requesting that a federal district judge recuse himself and that the court reporter be brought before a judicial panel. In support of his petition, Ferguson provided mere conclusory allegations of perjury and conspiracy of the judge and the court reporter. Because Ferguson failed to establish any extrajudicial bias, recusal of the district judge is not warranted. See In re Beard, 811 F.2d 818, 827 (4th Cir. 1987). Further, because Ferguson has not shown that he has a clear right to the relief sought against the court reporter and that no other remedy is adequate, mandamus relief is not available for his claim regarding the court reporter. See In re First Fed. Sav. & Loan Ass'n, 860 F.2d 135, 138 (4th Cir. 1988). We therefore deny Ferguson's petition for a writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED